IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY CONNER                                                                       PLAINTIFF

v.                             Civil No. 06- 5204

WASHINGTON COUNTY
PROSECUTING ATTORNEY                                 DEFENDANT

## ORDER

Danny Conner, currently an inmate of the Washington County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, the IFP application is being returned to him. Plaintiff is given until **November 13, 2006**, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by November 13, 2006, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 16th day of October 2006.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 16 2006

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

-1-