IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY CONNER                                                                                 PLAINTIFF

v.                        Civil No. 06-5204

WASHINGTON COUNTY
PROSECUTING ATTORNEY                                         DEFENDANT

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

On October 16, 2006, Danny Conner, an inmate of the Washington County Detention Center, submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. The complaint was provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, the IFP application was returned to him. Conner was given until November 13, 2006, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee. Conner was advised that if he failed to return the completed IFP application or pay the $350 filing fee by November 13, 2006, the complaint would become subject to summary dismissal for failure to obey an order of the court.

To date, Conner had failed to return the completed IFP application or pay the filing fee. Conner has not requested an extension of time. Conner has not communicated with the court in

-1-

anyway. I therefore recommend that the complaint be dismissed based on his failure to obey an order of the court and his failure to prosecute this action. Fed. R. Civ. P. 41.

**Conner has ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Conner is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 28th day of November 2006.

                                        /s/ Beverly Stites Jones
                                        UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)